# United States Navy–Marine Corps Court of Criminal Appeals

Before
HITESMAN, GASTON, and FOIL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jocelyn QUARTERS-STYLES**
Sergeant (E-5), U.S. Marine Corps
Appellant

**No. 201900208**

Decided: 18 March 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Mark D. Sameit

Sentence adjudged 16 May 2019 by a special court-martial convened at Marine Corps Air Station Iwakuni, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 70 days, forfeiture of $1,000.00 pay per month for 12 months, and a bad-conduct discharge.

For Appellant: *Lieutenant Commander Jacqueline M. Leonard, JAGC, USN.*

For Appellee: *Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court